IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **KIMBERLEE KNOX and KAYLA BRATCHER**  on behalf of themselves and all other persons similarly situated, known and unknown,  <br><br>**Plaintiffs,**<br><br>v.<br><br>**THE JONES GROUP, AVON WINGS, LLC** d/b/a Buffalo Wild Wings, **BW WINGS MANAGEMENT LLC, COLDWATER WINGS, LLC, COLONIAL WINGS, LLC, COOL WINGS, LLC, DANVILLE WINGS II, LLC, GREENCASTLE WINGS, LLC, MECHANICSVILLE WINGS, LLC, SHELBYVILLE WINGS, LLC, VINCENNES WINGS, LLC, ANGOLA WINGS, LLC, AUBURN WINGS, LLC, BROOKLYN WINGS, LLC, CHESTER WINGS, LLC, DANVILLE WINGS, LLC, FAIRVIEW WINGS, LLC, FARMVILLE WINGS, LLC, HOOSIER WING IT II, LLC, HOOSIER WING IT, LLC, LAPORTE WINGS, LLC,  LEBANON WINGS, LLC, LOGANSPORT WINGS, LLC, LP WING IT, LLC, MAYSVILLE WINGS, LLC, MBM OHIO, LLC, MUNCIE WINGS, LLC, NEW CASTLE WINGS, LLC, PORTAGE WINGS, LLC, SHORT PUMP WINGS, LLC, SOUTHERN PINES WINGS, LLC, ST. JOE WINGS, LLC, STURGIS WINGS,  LLC, WARSAW WINGS, LLC, and WASHINGTON WINGS, LLC,**<br><br>**Defendants.** | Case No. 15-cv-1738 SEB-TAB<br><br>Magistrate Judge Baker |

**PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT, FOR APPOINTMENT OF SETTLEMENT ADMINISTRATOR, AND FOR APPROVAL OF <u>SERVICE AWARDS AND ATTORNEYS' FEES AND COSTS</u>**

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Motion for

Approval of Settlement, for Appointment of Settlement Administrator; and For Approval of

Service Awards and Attorneys' Fees and Costs, the Declaration of Douglas M. Werman, and the supporting exhibits, Plaintiffs, on behalf of themselves and the Opt-in Plaintiffs (collectively, "Plaintiffs"), respectfully request that the Court enter an Order:

(1) approving the $1,300,000.00 Settlement set forth in the Joint Stipulation of Settlement;

(2) approving Service Awards to the Named Plaintiffs and certain Opt-In Plaintiffs, as set forth in the Settlement;

(3) approving Plaintiffs' request for $675,000.00 in attorneys' fees and reimbursement of $29,903.59 in litigation expenses;

(4) approving the Settlement Administrator's fees and costs;

(5) incorporating the terms of the Settlement Agreement; and

(6) dismissing this case with prejudice.

Dated:  August 17, 2017

                                        Respectfully submitted,

                                        s/Douglas M. Werman
                                        One of the Attorneys for Plaintiffs

Douglas M. Werman
Zachary C. Flowerree
Werman Salas P.C.
77 West Washington, Suite 1402
Chicago, Illinois 60602
(312) 419-1008
dwerman@flsalaw.com
zflowerree@flsalaw.com

Jamie G. Sypulski
Law Office Jamie Golden Sypulski
150 North Michigan Avenue, Suite 1000
Chicago, Illinois 60601
(312) 332-6202
jsypulski@sbcglobal.net