**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| KIMBERLEE KNOX and KAYLA BRATCHER, on behalf of themselves and all other persons similarly situated, known and unknown, )<br><br>Plaintiffs, )<br><br>v. )<br><br>THE JONES GROUP, AVON WINGS, LLC d/b/a Buffalo Wild Wings, BW WINGS MANAGEMENT LLC, COLDWATER WINGS, LLC, COLONIAL WINGS, LLC, COOL WINGS, LLC, DANVILLE WINGS II, LLC, GREENCASTLE WINGS, LLC, MECHANICSVILLE WINGS, LLC, SHELBYVILLE WINGS, LLC, VINCENNES WINGS, LLC, ANGOLA WINGS, LLC, AUBURN WINGS, LLC, BROOKLYN WINGS, LLC, CHESTER WINGS, LLC, DANVILLE WINGS, LLC, FAIRVIEW WINGS, LLC, FARMVILLE WINGS, LLC, HOOSIER WING IT II, LLC, HOOSIER WING IT, LLC, LAPORTE WINGS, LLC, LEBANON WINGS, LLC, LOGANSPORT WINGS, LLC, LP WING IT, LLC, MAYSVILLE WINGS, LLC, MBM OHIO, LLC, MUNCIE WINGS, LLC, NEW CASTLE WINGS, LLC, PORTAGE WINGS, LLC, SHORT PUMP WINGS, LLC, SOUTHERN PINES WINGS, LLC, ST. JOE WINGS, LLC, STURGIS WINGS, LLC, WARSAW WINGS, LLC, and WASHINGTON WINGS, LLC, )<br><br>Defendants. | Case No. 1:15-cv-1738-SEB-TAB |

## ORDER ON DEFENDANTS' UNOPPOSED MOTION TO DISMISS
## CERTAIN OPT-IN PLAINTIFFS

This matter is before the Court on Defendants' Unopposed Motion to Dismiss Certain Opt-in Plaintiffs. The Court hereby **GRANTS** Defendants' Motion and dismisses the 124 Opt-in Plaintiffs listed on Exhibits B, C, and D attached to the Motion and this order.

**SO ORDERED**.

Date: 8/31/2017

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

All Counsel of Record via ECF

4844-6967-1757, v. 1

# EXHIBIT B

1. Aaron Benedict
2. Amie Evans
3. Anastacia Goin
4. Andrea Burwell
5. Ashley Boyd
6. Ashley Chilton
7. Audra Mackenzie Leath
8. Autumn Schlosser
9. Ben Littrell
10. Benjamin Knock
11. Briana Persin
12. Brittany Berkshire
13. Brooke Austin
14. Caity Carroll
15. Carrie Schiffli
16. Casey Ann Stevens
17. Casey Chorpenning
18. Chalsie Kimura
19. Cheryl Driver
20. Courtney Kiley
21. Curtis Graham
22. Dawn Stern
23. Deena Biddulph
24. Elizabeth Zeese
25. Eric Andrea
26. Erick Burgeson
27. Falicia Sebastian (Buzzard)
28. Farrah Mullins
29. Georgia Dahman
30. Harlie Hershberger
31. Helena-Jade Porritt
32. Isaiah Okohson Reb
33. James Preston Robert
34. Jarod Littlejohn
35. Jeff Carter
36. Jennifer Hall
37. Jessica Creech
38. Jessica Scearce
39. Jessica Stalnaker
40. Joy Woodard
41. Kaitlyn Glassley
42. Katherine Sifflett
43. Kathleen Matheus-Schiek
44. Kaylee Bivins

45 Kellie Strutt
46 Kevin Keck
47 Kiara Brown
48 Kimberly Loretta Webb
49 Krista Marie Buis
50 Kristen Ashley Marrero
51 Kyla Barnes
52 Kylie Maelynn Toll
53 Latoya Jones
54 Laurie Chandler
55 Lindsay Moore
56 Mary Karthryn Saxman
57 Michelle Barrett
58 Morgan Groff
59 Natalie Jarrett
60 Nicole Wickliffe
61 Nicolette Kershner
62 Patricia Wright Petrulak
63 Robyn Brown
64 Sarah Hayman
65 Shawn Casseday
66 Sonya Deck
67 Stephen Carbone
68 Tanya Simone
69 Taylor Scott
70 Teesha Kern

# EXHIBIT C

| | | |
|---|---|---|
| | 1 | Avalos, Elizabeth |
| | 2 | Baldwin, Tyra |
| | 3 | Benedict, Alexis Louise |
| | 4 | Bennett, Elizabeth C. |
| | 5 | Booker, Shellby |
| | 6 | Chaney-Whitlock, Amanda M. |
| | 7 | Davis, Shannon |
| | 8 | Deaver, Brittany |
| | 9 | Dingess, Dewayne Donovan |
| | 10 | Do, Tiffany |
| | 11 | Eades, Colleen |
| | 12 | Edmonds, Rachel |
| | 13 | Fleming, Samantha |
| | 14 | Godfrey, Kierston |
| | 15 | Hand, Lauren Mae |
| | 16 | Heiser, Dale Lynn |
| | 17 | Hough, Jasmine |
| | 18 | Hughett, Brittney |
| | 19 | Kingery, Amanda |
| | 20 | MacRae, Jacklyn Louise |
| | 21 | Marshall, Amy |
| | 22 | Martinez, Michelle Irene |
| | 23 | Marvin, Michael Edward |
| | 24 | Michael, Taylor Nicole |
| | 25 | Mike, Shideen |
| | 26 | Oats, Cache |
| | 27 | Parker, Molli |
| | 28 | Pingel, Kerri Ann |
| | 29 | Potter, Jessica |
| | 30 | Scannell, Stephanie |
| | 31 | Sheets, Chaz |
| | 32 | Simon, Hannah |
| | 33 | Statzer, Rhyan E. |
| | 34 | Swan, Ashley |
| | 35 | Trump, Elizabeth |
| | 36 | Valentine, Jason |
| | 37 | Weber, Lauren |
| | 38 | Williams, Trevor |
| | 39 | Woodring, Jennifer |
| | 40 | Young, JaTarra |

# EXHIBIT D

| | | |
|---|---|---|
| | 1 | Ayanna Robinson |
| | 2 | James Mader |
| | 3 | Danielle Foster |
| | 4 | Rachel Foos |
| | 5 | Erik Warner |
| | 6 | Rod Hampton |
| | 7 | Christian Hebert |
| | 8 | Amanda Legros |
| | 9 | Amy Vorhee |
| | 10 | Jacey Keener |
| | 11 | Jennifer Merritt |
| | 12 | Katherine Hunkler |
| | 13 | Kyle Carter |
| | 14 | Valerie Roberts |